**Filed**
**D.C. Superior Court**
**03/11/2015 14:47PM**
**Clerk of the Court**

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| **ALEX ZEWUGE**<br>5732 Cypress Creek Drive<br>Hyattsville, MD 20782 | : <br> : <br> : <br> : |
|     Plaintiff, | : <br> : |
|     v. | :    C.A. No.: <br> : |
| **THE DISTRICT OF COLUMBIA**<br>**SERVE:** MAYOR MURIEL BOWSER<br>     c/o Lauren C. Vaughan<br>     Office of the Secretary<br>     Suite 600<br>     1350 Pennsylvania Avenue, N.W.<br>     Washington, D.C. 20004 | : <br> : <br> : <br> : <br> : <br> : <br> : |
|     and | : <br> : |
|      KARL A. RACINE, ESQUIRE<br>     Office of the Attorney General<br>     for the District of Columbia<br>     441 4th Street, N.W.<br>     Washington, D.C. 20001 | : <br> : <br> : <br> : <br> : |
|     and | : <br> : |
| **BARRINGTON AMBERS**<br>4545 Connecticut Avenue NW<br>Washington, D.C. 20008 | : <br> : <br> : |
|     and | : <br> : |
| **WELBURN MANAGEMENT CONSULTING COMPANY**<br>**SERVE:**  Corporation Service Company<br>     1090 Vermont Avenue NW<br>     Washington, D.C. 20005 | : <br> : <br> : <br> : |
|     and | : <br> : |
| **CRAIG T. WELBURN**<br>7853 Langley Ridge Road<br>McLean, VA 22102 | : <br> : <br> : |
|     Defendants. | : |

## COMPLAINT

COMES NOW the Plaintiff, Alex Zewuge, by and through his attorneys, Joseph Cammarata, Esquire, and the law firm of Chaikin, Sherman, Cammarata, and Siegel, P.C., and respectfully represents as follows:

## INTRODUCTION

1.   This is an action under the Constitution and laws of the United States of America, including but not limited to the Fourth Amendment of the United States Constitution and under 42 U.S.C. §1983 and §1988. This action also embraces common law claims for assault and battery, false arrest and imprisonment, and negligence.   This Court has jurisdiction over the within causes of action pursuant to D.C. Code § 11-921, the aforementioned statutory and constitutional provisions, and because the actions complained of herein occurred in the District of Columbia.

2.   Plaintiff has met all conditions precedent to filing suit, including but not limited to putting Defendant District of Columbia (hereinafter "D.C.") on notice pursuant to D.C. Code § 12-309.

3.   Defendant Welburn Management Consulting Company and/or Defendant Craig T. Welburn (hereinafter, "Defendant Welburn Management" refers to Defendant Welburn Management Consulting Company and/or Defendant Craig T. Welburn) owns and operates a

2

McDonald's restaurant (hereinafter "the restaurant") located at 2328 Georgia Avenue N.W., Washington, D.C. 20001.

4. At all times relevant herein, Defendant Barrington Ambers (hereinafter "Ambers") was a police officer and actual and/or apparent agent, servant and/or employee of Defendant D.C., acting within the course and scope of his employment and/or authority, under color of law, and pursuant to his official capacity. All of the acts referenced herein were performed under color of the statutes and ordinances of the District of Columbia.

5. In addition, or in the alternative, at all times relevant herein, Defendant Ambers was a security guard and actual and/or apparent agent, servant and/or employee of Defendant Welburn Management, acting within the course and scope of his employment.

### FACTUAL BACKGROUND

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, as if fully set forth herein, and further states as follows:

6. On or about May 16, 2014, at approximately 7:36 p.m., Plaintiff was a patron at the restaurant, along with his minor son. Plaintiff was lawfully and properly present on the premises as a business invitee.

3

7.   At said time and place, Plaintiff was lawfully filling up a plastic cup (provided by the restaurant) at a soda fountain within the restaurant, with the permission of the restaurant manager(s).

8.   At said time and place, Defendant Ambers approached Plaintiff, falsely accused Plaintiff of stealing soda, verbally harassed Plaintiff, and became physically aggressive toward Plaintiff.

9.   Plaintiff exited the restaurant building and walked to the restaurant's parking lot, but Defendant Ambers followed Plaintiff.   Defendant Ambers then, without just cause or provocation, physically attacked Plaintiff with pepper spray to the eyes, and then slammed Plaintiff to the ground, with such force as to cause severe injuries.   Defendant Ambers then handcuffed and arrested Plaintiff.   Defendant Ambers committed all of these acts in front of Plaintiff's minor son.

10.  Defendant D.C., acting by and through Defendant Ambers and other police officers, all of them agents, servants, and/or employees, acting within the course and scope of their employment, then detained Plaintiff in jail for two days, purportedly under suspicion of criminal conduct, notwithstanding that Plaintiff had committed no criminal acts.

4

## COUNT I
(Assault and Battery)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, as if fully set forth herein, and further states as follows:

11. Defendant Ambers, without just cause or provocation, and with unnecessary, unreasonable, excessive, wanton, reckless, malicious, and intentional use of force, put Plaintiff in reasonable apprehension of imminent bodily injury and physically battered Plaintiff by, inter alia, pepper-spraying Plaintiff and slamming Plaintiff to the ground, with the intent of inflicting severe bodily harm to Plaintiff, and causing Plaintiff severe injuries and mental distress. Defendant Ambers' actions were conscious and deliberate and done with an evil motive and/or in willful disregard for the rights of Plaintiff.

12. As a direct and proximate result of the aforesaid assault and battery, Plaintiff suffered injuries and damages, including, but not limited to: pepper-spray to the eyes; a contusion to the forehead resulting in a lipoma and/or hematoma; a concussion with headaches, dizziness, cognitive deficits, mood swings, and memory loss; and injuries to the cervical and thoracic spine; he has incurred and will continue to incur medical and hospital expenses in an effort to care for his

injuries; he has suffered and will in the future suffer a loss of earnings and earning capacity; and he has suffered and will in the future suffer great pain of body and mind, all of which may be permanent in nature.

WHEREFORE, Plaintiff Alex Zewuge demands judgment of and against Defendant District of Columbia, Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, Defendant Welburn Management Consulting Company, and Defendant Craig T. Welburn, jointly and severally, in the full amount of Two Million Dollars ($2,000,000.00) in compensatory damages, plus pre-judgment interest and costs, and against Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, Defendant Welburn Management Consulting Company, and Defendant Craig T. Welburn, in the full amount of Two Million Dollars in ($2,000,000.00) in punitive damages, plus pre-judgment interest and costs.

### COUNT II
(False Arrest)

13.  Defendant Ambers intentionally seized, handcuffed, and arrested Plaintiff.

14.  Defendant Ambers had no legal justification to arrest Plaintiff, who had committed no crime.

15.   Defendant Ambers knew or should have known that Plaintiff had committed no crime.   In arresting Plaintiff, Defendant Ambers acted maliciously and/or recklessly toward Plaintiff.

16.   As a result of the wrongful arrest, Plaintiff suffered the physical injuries set forth above, as well as severe emotional distress, mental anguish, embarrassment, humiliation, inconvenience, and loss of liberty.

WHEREFORE, Plaintiff Alex Zewuge demands judgment of and against Defendant District of Columbia, Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, Defendant Welburn Management Consulting Company, and Defendant Craig T. Welburn, jointly and severally, in the full amount of Two Million Dollars ($2,000,000.00) in compensatory damages, plus pre-judgment interest and costs, and against Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, Defendant Welburn Management Consulting Company, and Defendant Craig T. Welburn, in the full amount of Two Million Dollars in ($2,000,000.00) in punitive damages, plus pre-judgment interest and costs.

## COUNT III
### (False Imprisonment)

17. Defendant Ambers and other police officers who were agents, servants, and/or employees of Defendant D.C., acting within the course and scope of their employment, intentionally detained Plaintiff and jailed him for two days.

18. Defendant Ambers and the other police officers who detained Plaintiff had no legal justification to detain Plaintiff.

19. Defendant Ambers and the other police officers who detained Plaintiff knew or should have known that Plaintiff had committed no crime.

20. In detaining Plaintiff, Defendant Ambers acted maliciously and/or recklessly toward Plaintiff.

21. As a result of the false imprisonment, Plaintiff suffered severe emotional distress, mental anguish, embarrassment, humiliation, inconvenience, and loss of liberty.

WHEREFORE, Plaintiff Alex Zewuge demands judgment of and against Defendant District of Columbia and Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, jointly and severally, in the full amount of Two Million Dollars ($2,000,000.00) in compensatory damages, plus pre-judgment interest and costs, and against Defendant Barrington Ambers, individually, and in his capacity

as a police officer for the District of Columbia, in the full amount of Two Million Dollars in ($2,000,000.00) in punitive damages, plus pre-judgment interest and costs.

**COUNT IV**
(Constitutional and Civil Rights Violations
Under 42 U.S.C. § 1983 and § 1988)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, as if fully set forth herein, and further states as follows:

22. Plaintiff had clearly established rights under the Constitution of the United States, including but not limited to, the right under the Fourth Amendment to be free from unreasonable and excessive force and to be free from unreasonable seizures of his person.

23. At all relevant times herein, Defendant D.C. had retained Defendant Ambers and the other police officers who detained Plaintiff, to act on its behalf in their official capacities as District of Columbia police officers under color of law. Defendant Ambers and the other police officers who detained Plaintiff held themselves out to the Plaintiff as police officers and members of the Metropolitan Police Department.

24. At all relevant times herein, Defendant Ambers and the other police officers who detained Plaintiff owed a continuing

9

duty to reasonably ensure that the clearly established federal constitutional and civil rights of Plaintiff were not violated.

25. By the acts alleged herein, Defendant Ambers and the other police officers who detained Plaintiff, acting under color of law bestowed upon them by the District of Columbia, breached these duties, by intentionally, maliciously, and/or with reckless disregard, subjecting Plaintiff to conduct consisting of unreasonable, unnecessary, and excessive force and police misconduct, unlawfully arresting and/or detaining Plaintiff, and/or depriving Plaintiff of the rights, privileges, and immunities guaranteed by the Constitution of the United States, including but not limited to the right under the Fourth Amendment to be free from the use of unnecessary and excessive force, and unreasonable search and seizure.

26. The acts alleged herein, while carried out under color of law, had no justification or excuse in law, and were instead exorbitant, illegal, improper, objectively unreasonable, and unrelated to any activity in which police officers may appropriately and legally engage in during the course of protecting persons or property or ensuring civil order.

27. The acts alleged herein violated clearly established Federal Constitutional rights of the Plaintiff, were not objectively reasonable, and were done under circumstances in

which no reasonable officer would fail to realize that his or her conduct was a violation of Plaintiff's rights.

28. As a direct and proximate result of the acts and omissions of Defendant Ambers and the other police officers who detained Plaintiff, Plaintiff suffered injuries and damages, as set forth above.

WHEREFORE, Plaintiff demands judgment of and against Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, in the full amount of Two Million Dollars ($2,000,000.00) in compensatory damages, and Two Million Dollars ($5,000,000.00) in punitive damages, plus pre-judgment interest and costs, and attorneys' fees pursuant to 42 U.S.C. § 1988.

## COUNT V
### (Negligence - Personal Injury)

Plaintiff repleads and incorporates by reference herein, each and every allegation set forth above, as if fully set forth herein, and further states as follows:

29. At all relevant times herein, Defendant Ambers, and Defendants D.C., and Welburn Management, acting by and through Defendant Ambers, owed a continuing duty to follow proper protocol and procedure in adequately assessing the potential physical threat posed by another person; to adequately assess the need to apply force, to respond to a perceived threat posed by

11

another person; to apply police and/or security guard techniques and procedures in such a manner as to not cause unnecessary or unintended bodily injuries; to take reasonable steps to prevent the need to use force; to reasonably ensure the safety of members of the general public; and to reasonably ensure that said individuals were not subject to unreasonable physical force, intimidation, or abuse.

30.   Defendant Ambers, while acting as an agent, servant, and/or employee of Defendants D.C., and/or Welburn Management, within the course and scope of his employment, and in his capacity as a Metropolitan police officer, and Defendants D.C., and/or Welburn Management, acting by and through its agents, servants, and/or employees, did negligently and with reckless disregard for the safety and well-being of Plaintiff, breach the duties owed to Plaintiff by inter alia, failing to adequately assess the threat posed by Plaintiff, if any; failing to adequately assess the need to use force against Plaintiff; negligently using more force than Defendant Ambers intended, and/or had assessed was necessary to respond to any perceived threat posed by Plaintiff; failing to appropriately apply police and/or security guard techniques and procedures, with the result that Defendant Ambers caused serious bodily harm to the Plaintiff; and otherwise failing to act as a reasonable police

officer and/or security guard would have acted under similar circumstances.

31.    As a direct and proximate result of the Defendants' aforesaid negligence, Plaintiff suffered injuries and damages as set forth above.

WHEREFORE, Plaintiff Alex Zewuge demands judgment of and against Defendant District of Columbia, Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, Defendant Welburn Management Consulting Company, and Defendant Craig T. Welburn, jointly and severally, in the full amount of Two Million Dollars ($2,000,000.00) in compensatory damages, plus pre-judgment interest and costs, and against Defendant Barrington Ambers, individually, and in his capacity as a police officer for the District of Columbia, Defendant Welburn Management Consulting Company, and Defendant Craig T. Welburn, in the full amount of Two Million Dollars in ($2,000,000.00) in punitive damages, plus pre-judgment interest and costs.

Respectfully submitted,

**CHAIKIN, SHERMAN,
  CAMMARATA, & SIEGEL, P.C.**


/s/ Joseph Cammarata
Joseph Cammarata, Esquire
D.C. Bar No. 389254
The Law Building
1232 Seventeenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
Attorneys for Plaintiff


### JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues triable herein.

/s/ Joseph Cammarata

14

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH
### INFORMATION SHEET

Alex Zewuge

Case Number: _____

vs

Date: 3/11/2015

The District of Columbia, et al.

☒ One of the defendants is being sued
in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* Joseph Cammarata | Relationship to Lawsuit |
| Firm Name:<br>Chaiken, Sherman, Cammarata & Siegel, P.C. | ☒ Attorney for Plaintiff |
| Telephone No.:          Six digit Unified Bar No.: 389254<br>(202) 659-8600 | ☐ Self (Pro Se)<br>☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury     ☒ 6 Person Jury     ☐ 12 Person Jury

Demand: $ 2,000,000.00     Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.:_____ Judge: _____ Calendar #:_____

Case No.:_____ Judge: _____ Calendar#:_____

---

**NATURE OF SUIT:**     *(Check One Box Only)*

### A. CONTRACTS                                                    COLLECTION CASES

☐ 01 Breach of Contract          ☐ 07 Personal Property          ☐ 14 Under $25,000 Pltf. Grants Consent
☐ 02 Breach of Warranty          ☐ 09 Real Property-Real Estate   ☐ 16 Under $25,000 Consent Denied
☐ 06 Negotiable Instrument       ☐ 12 Specific Performance        ☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 15 Special Education Fees      ☐ 13 Employment Discrimination   ☐ 18 OVER $25,000 Consent Denied
☐ 10 Mortgage Foreclosure/Judicial Sale

### B. PROPERTY TORTS

☐ 01 Automobile                  ☐ 03 Destruction of Private Property   ☐ 05 Trespass
☐ 02 Conversion                  ☐ 04 Property Damage                   ☐ 06 Traffic Adjudication
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

### C. PERSONAL TORTS

☐ 01 Abuse of Process            ☐ 09 Harassment                  ☐ 17 Personal Injury- (Not Automobile,
☐ 02 Alienation of Affection     ☐ 10 Invasion of Privacy             Not Malpractice)
☒ 03 Assault and Battery         ☐ 11 Libel and Slander           ☐ 18 Wrongful Death (Not Malpractice)
☐ 04 Automobile- Personal Injury ☐ 12 Malicious Interference      ☐ 19 Wrongful Eviction
☐ 05 Deceit (Misrepresentation)  ☐ 13 Malicious Prosecution       ☐ 20 Friendly Suit
☐ 06 False Accusation            ☐ 14 Malpractice Legal           ☐ 21 Asbestos
☐ 07 False Arrest                ☐ 15 Malpractice Medical (Including Wrongful Death)   ☐ 22 Toxic/Mass Torts
☐ 08 Fraud                       ☐ 16 Negligence- (Not Automobile,   ☐ 23 Tobacco
                                    Not Malpractice)                ☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☒ IF USED

CV-496/Oct 14

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 04 Condemnation (Emin. Domain)
☐ 05 Ejectment
☐ 07 Insurance/Subrogation
　　Under $25,000 Pltf.
　　Grants Consent
☐ 08 Quiet Title
☐ 09 Special Writ/Warrants
　　(DC Code § 11-941)

☐ 10 T.R.O./ Injunction
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment
☐ 17 Merit Personnel Act (OEA)
　　(D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability
☐ 24 Application to Confirm, Modify,
　　Vacate Arbitration Award
　　(DC Code § 16-4401)

☐ 25 Liens: Tax/Water Consent Granted
☐ 26 Insurance/ Subrogation
　　Under $25,000 Consent Denied
☐ 27 Insurance/ Subrogation
　　Over $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
　　Award (Collection Cases Only)
☐ 29 Merit Personnel Act (OHR)
☐ 30 Liens: Tax/ Water Consent Denied
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower
☐ 34 Insurance/Subrogation
　　Over $25,000 Consent Denied

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
　　Certificate

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
　　Judgment [ D.C. Code §
　　2-1802.03 (h) or 32-1519 (a)]
☐ 20 Master Meter (D.C. Code §
　　42-3301, et seq.)

☐ 21 Petition for Subpoena
　　[Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a) (1)
　　(Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

/s/ Joseph Cammarata

**Attorney's Signature**

3/11/2015

**Date**

CV-496/Oct 14



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Alex Zewuge
_____
Plaintiff

vs.                                          Case Number _____

Barrington Ambers, 4545 Connecticut Avenue, N.W., Washington, D.C. 20008
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Joseph Cammarata, Esq.                          _Clerk of the Court_
_____
Name of Plaintiff's Attorney
1232  17th Street, N.W.
_____    By _____
Address                                               Deputy Clerk
Washington, D.C. 20036
(202)659-8600
_____    Date _____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오       የትርጉም እገዛ ከፈለጉ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

_____

                                          Demandante

contra

                                                   Número de Caso: _____

_____

                                          Demandado

## CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                 *SECRETARIO DEL TRIBUNAL*

_____

Nombre del abogado del Demandante

                                      Por: _____

_____

Dirección                                                 Subsecretario

_____

Teléfono                                        Fecha _____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요    ያስተረጉም ከፈለጉ ለዚህ ስልክ ቁጥር (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Alex Zewuge
_____
Plaintiff

vs.                                                    Case Number _____

The District of Columbia

Serve on: Mayor Muriel Bowser, c/o Lauren C. Vaughan        Defendant
        Office of the Secretary
        1350 Pennsylvania Ave., N.W., Suite 600
        Washington, D.C. 20004                    **SUMMONS**
To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either
personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive
of the day of service. If you are being sued as an officer or agency of the United States Government or the
District of Columbia Government, you have sixty (60) days after service of this summons to serve your
Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The
attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed
to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue,
N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on
Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on
the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment
by default may be entered against you for the relief demanded in the complaint.

**Joseph Cammarata, Esq.**                         _Clerk of the Court_
_____
Name of Plaintiff's Attorney
**1232  17th Street, N.W.**
_____        By _____
Address                                                    Deputy Clerk
Washington, D.C. 20036
_____
**(202)659-8600**
_____        Date _____
Telephone

如需翻譯,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU
ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT
MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE
COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR
REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS
ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the
Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500
Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                        Demandante

        contra

                                        Número de Caso: _____

_____
                                        Demandado

## CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                                        Por: _____
_____                    Subsecretario
Dirección

_____

_____      Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오        ፕኣማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                        Vea al dorso el original en inglés
                        See reverse side for English original

                                                        CASUM.doc



**Superior Court of the District of Columbia**
CIVIL DIVISION
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

## Alex Zewuge
<u>                                                                        </u>
Plaintiff

vs.

Case Number _____

## The District of Columbia

Serve on: Karl A. Racine, Esq.                    Defendant
      Office of the Attorney General for the District of Columbia
      441 4th Street, N.W.
      Washington, D.C. 20001            **SUMMONS**
To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

## Joseph Cammarata, Esq.
<u>                                                                        </u>
Name of Plaintiff's Attorney

## 1232  17th Street, N.W.
<u>                                                                        </u>
Address
Washington, D.C. 20036

## (202)659-8600
<u>                                                                        </u>
Telephone

*Clerk of the Court*

By _____
                  Deputy Clerk

Date _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

     IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                         Demandante

contra                                          Número de Caso: _____

_____
                         Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                          *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

_____     Por: _____
Dirección                                                      Subsecretario

_____     Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오           የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE:** SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

Alex Zewuge
_____
                                    Plaintiff

vs.                                          Case Number  _____

Craig T. Welburn, 7853 Langley Ridge Rd., McLean, VA 22102
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

      You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

      You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

**Joseph Cammarata, Esq.**                    *Clerk of the Court*
_____
Name of Plaintiff's Attorney
**1232 17th Street, N.W.**
_____          By  _____
Address                                                              Deputy Clerk
Washington, D.C. 20036
_____
**(202)659-8600**
_____          Date  _____
Telephone

如需翻譯,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

      IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

      If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____

_____ Demandante

contra

Número de Caso: _____

_____

_____ Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

Por: _____

_____
Dirección

Subsecretario

_____
Teléfono

Fecha _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ይደውሉ

IMPORTANTE: SI SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Alex Zewuge
_____
                                        Plaintiff

                vs.                                      Case Number  _____

Welburn Management Consulting Company
_____
                                        Defendant
Serve On: Corporation Service Company
      1090 Vermont Avenue, N.W.
      Washington, D.C. 20005            **SUMMONS**

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

Joseph Cammarata, Esq.                           _Clerk of the Court_
_____
Name of Plaintiff's Attorney
1232  17th Street, N.W.                  By  _____
_____              Deputy Clerk
Address
Washington, D.C. 20036
(202)659-8600                           Date  _____
_____
Telephone

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





### TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
#### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____

Demandante

contra

Número de Caso: _____

_____

Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_SECRETARIO DEL TRIBUNAL_

_____
Nombre del abogado del Demandante

_____
Dirección

Por: _____

Subsecretario

Fecha _____

_____
Teléfono

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면 (202) 879-4828 로 전화주십시오      የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

ALEX ZEWUGE
    Vs.                                    C.A. No.       2015 CA 001565 B

THE DISTRICT OF COLUMBIA et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once,** with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge JOHN M MOTT
Date:  March 12, 2015
Initial Conference: 10:00 am, Friday, May 22, 2015
Location:  Courtroom 517
            500 Indiana Avenue N.W.

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."  D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

Superior Court for the District of Columbia

Civil Division

```
FILED
CIVIL ACTIONS BRANCH

MAY 06 2015

Superior Court of the
District of Columbia
Washington, D.C.
```

_Alex Zewuge_ )
)
**Plaintiff** )
)
v. )    **CA Number** _1565-B-2015_
)
_Craig T Welburn_ )
)
**Defendant** )
)

**Affidavit of Service**

I, _XD Orfeck_, having been duly authorized to make service of the
Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents
_____ in the above entitled case, do hereby depose
and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania
Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That
my age is _70_. That at _6:11_ a.m. / p.m. on the _6_ day of _May_ 20___, I served the
within named defendant _Craig T Welburn_ (personally) and/or by
leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for
Production of Documents _____ at his/her/its usual place of abode
employment or place of business or place of acceptance at _7853  Langley_
_Ridge Rd. McLean VA._
Washington, D.C. / Maryland / Virginia with _Personal Service Upwith_ a person
of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of
the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided
with the defendant.

Race _Black_ Age _69_ Height _6ft. 1.in_ Weight _180_ lbs.

The Carter Corporation, Inc.

Subscribed and sworn to before me this _6th_ day of _May_, 20_15_.

_Adriene J. Marsh_
Notary Public / Deputy Clerk

My commission expires: _____

Attorney: _____

Superior Court for the District of Columbia _____ BRANCH

Civil Division

MAY 0 8 2015

Superior Court of the
District of Columbia
Washington, D.C.

_Alex Zewuge_

**Plaintiff**

v.

_Welbwen MAnAgement_

_Consulting CompAny_ **Defendant**

CA Number _2015- 1565-B_

### Affidavit of Service

I, _Andre M Benc_ having been duly authorized to make service of the Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents _____ in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is _53_. That at _2:30_ a.m. / **p.m.** on the _5_ day of: _MAY_ , _2015_, I served the within named defendant _Welbwen MAnAgement Consulting Company_ personally and/or by leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents _____ at his/her/its usual place of abode, employment or place of business or place of acceptance at _/ Corporation Service Company 1015 15th ST NW Suite 1000_ Washington, D.C. / Maryland / Virginia with _Courtney Cullen_ , a person _for the_ of suitable age and discretion then ~~residing therein~~ _Authorized to Accept Service_ as directed by the D.C. Superior Court Rule 4 of _A corporation_ the Code of Civil Procedures. ~~Person served stated and/or inferred by silence that he/she resided with the defendant.~~

Race _White_ _Female_ Age _30's_ Height _5'8"_ Weight _175_ lbs.

The Carter Corporation, Inc.

Subscribed and sworn to before me this _7th_ day of _May_ , 20 _15_ .

Notary Public / Deputy Clerk

My commission expires: _10/01/2016_

Attorney: _J C_

PETER KALLE WOLE
Notary Public
Montgomery County
Maryland
My Commission Expires Oct 1, 2016

Superior Court for the District of Columbia
Civil Division
CIVIL ACTIONS BRANCH
MAY 08 2015
Superior Court of the
District of Columbia
Washington, D.C.

Alex Lewoge

**Plaintiff**

v.

Mayor Muriel Bowser

**Defendant**

CA Number  2015- 1565-B

## Affidavit of Service

I, Aneke M Bmos , having been duly authorized to make service of the
Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents
_____ in the above entitled case, do hereby depose
and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania
Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That
my age is 53. That at 1:55 a.m. p.m. on the 5 day of MAY 2015, I served the
within named defendant MAYOR Muriel Bowser personally and/or by
leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for
Production of Documents at his/her/its usual place of abode,
employment or place of business or place of acceptance at The District of
Columbia 441 4th ST NW. Wail DC
(Washington, D.C.) Maryland / Virginia with MARJORIE THOMAS , a person   For the
of suitable age and discretion then residing thereat as directed by the D.C. Superior Court Rule 4 of   Mayor
the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided   Authorized to Accept Service
with the defendant:

Race BLACK     Age 50's   Height 5'4   Weight 180 lbs.
         FEMALE

The Carter Corporation, Inc.

Subscribed and sworn to before me this 7th day of May , 20 15 .

Notary Public / Deputy Clerk

My commission expires: 10/01/2576

Attorney: _____

PETER KALLE WOLE
Notary Public
Montgomery County
Maryland
My Commission Expires Oct 1, 2016

### Superior Court for the District of Columbia

Civil Division

Alex Zewge

**Plaintiff**

v.

The District of Columbia

**Defendant**

)
)
)
)
)
)
)
)
)
)

**FILED**
**CIVIL ACTIONS BRANCH**

**MAY 0 8 2015**

Superior Court of the
District of Columbia
Washington, D.C.

CA No. _XX 15 1565-B_

### Affidavit of Service

I, _Aneke Mu Bones_ having been duly authorized to make service of the

Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents

_____ in the above entitled case, do hereby depose

and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania

Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That

my age is _53_. That at _1:55_ a.m. / p.m. on the _5_ day of _MAY_ 20 _15_, I served the

within named defendant _The District of Columbia_ personally and/or by

leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for

Production of Documents _____ at his/her/its usual place of abode,

employment or place of business or place of acceptance at _Office of The_ _with_

_Attorney General KARL A RACINE Esq. 441 4th ST NW DC_

Washington, D.C. / Maryland / Virginia with _MARGRIE THOMAS_, a person

_Authorized To Accept Service on The_

of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of _District of_

_Columbia_

the Code of Civil Procedures. Person served stated and/or informed by silence that he/she resided

with the defendant.

Race _BLACK_ Age _50's_ Height _5'4_ Weight _180_ lbs.
_(m) or (f)_

The Carter Corporation, Inc.

Subscribed and sworn to before me this _7th_ day of _May_, 20 _15_.

**Notary Public / Deputy Clerk**

My commission expires: _10/01/2016_

Attorney: _J/C_

PETER KALLE WOLE
Notary Public
Montgomery County
Maryland
My Commission Expires Oct 1, 2016

Filed
D.C. Superior Court
05/12/2015 16:28PM
Clerk of the Court

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| **ALEX ZEWUGE** | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Case No.: 2015 CA 001565** |
| | : **Judge: John M. Mott** |
| **THE DISTRICT OF COLUMBIA, <u>et al</u>.** | : **Next Event: 05/22/2015** |
| | : **Initial Scheduling Conf.** |
| **Defendants.** | : |

### MOTION TO EXTEND TIME FOR SERVICE

COME NOW the Plaintiff, Alex Zewuge, by and through his attorneys, Joseph Cammarata, Esquire, and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., pursuant to Rules 4(m) and 6, and request an extension of time <u>nunc</u> <u>pro</u> <u>tunc</u>, for Plaintiff to complete service upon Defendant Barrington Ambers[1], and as reasons therefore, states as follows:

1.     This case arises out of an incident which occurred on May 16, 2014. On said date, Plaintiff was lawfully present at a McDonald's restaurant owned and operated by Defendant Welburn Management Consulting Company and/or Defendant Craig T. Welburn (hereinafter, "Defendant Welburn Management"). At said time and place Defendant Barrington Ambers, an employee and/or agent of Defendant District of Columbia and/or Defendant Welburn Management, violently assaulted the Plaintiff, spraying him with

---

[1] Plaintiff was advised that, despite diligent efforts, Defendant could not be found. The Summons expired on May 11, 2015. Plaintiff had originally calculated the expiration date as May 12, 2015.

pepper spray in his eyes and slamming him to the ground, and handcuffing him.  As a result, Plaintiff suffered significant injuries.

2.    Plaintiff filed suit on March 11, 2015, alleging constitutional violations in addition to Plaintiff's common law claims.

3.    Plaintiff has already served three of the Defendants in this case – the District of Columbia, Craig T. Welburn, and Welburn Management Consulting Company (See Exhibit 1, Affidavits of Process Server).

4.    Despite extensive efforts, Plaintiff has been unable to serve Defendant Barrington Ambers.   (See Exhibit 2, Affidavit of Process Server.)

5.    As set forth in the attached Affidavit, Plaintiff hired a private process server, who attempted to serve Defendant Ambers at 10 2nd Street, Leesburg, Virginia.  (See Exhibit 2).

6.    Plaintiff was advised that despite efforts, Plaintiff's private process server was unable to contact and serve Defendant Ambers. The Summons expired on May 11, 2015.

7.    Plaintiff's process server has made numerous trips to this residence throughout the months of April and May, all to no avail.  Plaintiff's process server's efforts are detailed below:

- Upon process server's receipt of Summons and Complaint from undersigned counsel, a search on the Defendant

2

was performed, and a last known address for the Defendant was found as 10 2nd Street, Leesburg, Virginia.

- Trips were made as early 6:30 a.m. to attempt to serve the Defendant at his residence.

- The process server made several attempts to serve the Defendant, including on April 28, April 30, May 1, May 6, May 7, May 8, and May 11, 2015. All of his attempts were unsuccessful as the process server was unable to make contact with the Defendant.

(See Exhibit 2)

8.   Furthermore, Defendant District of Columbia has informed Plaintiff that it expects to remove this case to the United States District Court for the District of Columbia because of Plaintiff's constitutional claims.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion to Extend Time for Service, and provide Plaintiff an additional thirty (30) days to obtain service on Defendant Barrington Ambers.

3

Respectfully submitted,

**CHAIKIN, SHERMAN,**
  **CAMMARATA & SIEGEL, P.C.**

/S/ Joseph Cammarata

Joseph Cammarata
D.C. Bar #389254
1232 17th Street, N.W.
Washington, D.C. 20036
Tel: (202) 659-8600
Fax: (202) 659-8680
joe@dc-law.net
*Attorneys for Plaintiffs*

## RULE 12-I CERTIFICATE

Plaintiff cannot obtain consent from Defendant Barrington Ambers since he has not been served.

/S/ Joseph Cammarata

Joseph Cammarata

4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2015, a copy of the foregoing Motion to Extend Time for Service was mailed to:

> Barrington Ambers
> 10 2nd Street
> Leesburg, VA   20175
>
> Craig T. Welburn
> 7853 Langley Ridge Rd.
> McLean, VA   22102
>
> Welburn Management Consulting Company
> c/o  Corporation Service Company
> 1090 Vermont Avenue, N.W.
> Washington, DC   20005
>
> District of Columbia
> c/o Karl A. Racine, Esq.
> Office of the Attorney General
> 441 4th Street, N.W.
> Washington, DC   20001
>
> District of Columbia
> c/o Lauren C. Vaughan
> Office of the Secretary
> 1350 Pennsylvania Ave, N.W. Suite 600
> Washington, DC   20004

> **/S/ Joseph Cammarata**
> Joseph Cammarata

PLAINTIFF'S
EXHIBIT
1

Superior Court for the District of Columbia

Civil Division

RECEIVED
Civil Clerk's Office

MAY 0 8 2015

Superior Court of the
District of Columbia
Washington, D.C.

Alex Zewuge

**Plaintiff**

v.

Mayor Muriel Bowser

**Defendant**

CA Number 2015 - 1565-B

**Affidavit of Service**

I, Anike M Bemos, having been duly authorized to make service of the Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents _____ in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 53. That at 1:35 a.m. (p.m.) on the 5 day of MAY 2015, I served the within named defendant MAYOR Muriel Bowser personally and/or by leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents _____ at his/her/its usual place of abode, employment or place of business or place of acceptance at the District of Columbia 441 4th St NW Wash DC Washington, D.C. / Maryland / Virginia with MARJORIE THOMAS a person of suitable age and discretion then Authorize To Accept Service For The Mayor as directed by the D.C. Superior Court Rule 4 of the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided with the defendant.

Race BLACK FEMALE   Age 50's   Height 5'4   Weight 180 lbs.

The Carter Corporation, Inc.

Subscribed and sworn to before me this 7th day of May 20 15.

Notary Public / Deputy Clerk

My commission expires: 10/01/2016

Attorney: _____

PETER KALLE WOLE
Notary Public
Montgomery County
Maryland
My Commission Expires Oct 1, 2016

**Superior Court for the District of Columbia**

**Civil Division**

Alex Zewuge

Plaintiff

v.

The District of Columbia

Defendant

RECEIVED
Civil Clerk's Office
MAY 08 2015
Superior Court of the
District of Columbia
Washington, D.C.

CA Number  2015-1565-B

**Affidavit of Service**

I, Anike Mu Bonis having been duly authorized to make service of the Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents _____ in the above entitled case, do hereby depose and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That my age is 53. That at 155 a.m. /p.m. on the 5 day of MAY 20 15, I served the within named defendant The District of Columbia personally and/or by leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents _____ at his/her/its usual place of abode, employment or place of business or place of acceptance at OFFice of The HH ST NW ac Attorney General Kael A Racine By 441 HH ST NW ac Washington, D.C. / Maryland / Virginia with MARORIS THOMAS, a person Authorized To accept service on The of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of District of the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided Columbia with the defendant.

Race BLACK female   Age 50S   Height 5'4   Weight 180 lbs.

_____
The Carter Corporation, Inc.

Subscribed and sworn to before me this 7th day of May 20 15

_____
Notary Public / Deputy Clerk

My commission expires: 10/01/2016

Attorney: J/C

PETER KALLE WOLE
Notary Public
Montgomery County
Maryland
My Commission Expires Oct 1 2016

Superior Court for the District of Columbia

Civil Division

RECEIVED
Civil Clerk's Office
MAY 06 20
Superior Court of the
District of Columbia
Washington, D.C.

Alex Zewuge

)
)
**Plaintiff**
)
)
v.
)
CA Number _1565- B  2015_
)
CRAIG T WelbuRN
)
)
**Defendant**
)

**Affidavit of Service**

I, _RO Crefec ck_, having been duly authorized to make service of the

Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents

_____ in the above entitled case, do hereby depose

and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania

Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That

my age is _70_. That at _6:49_ a.m / p.m on the _6_ day of _May_ 20 _15_, I served the

within named defendant _CRAig T WelbuRN_ (personally and/or by

~~leaving~~ a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for

Production of Documents ~~at his/her/its usual place of abode,~~

~~employment or place of business or place of acceptance~~ at _7853  Langley_

_Ridge Rd, McLean VA_

Washington, D.C. / Maryland / (Virginia) with _Personal Service on the_ ~~a person~~

~~of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of~~

~~the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided~~

~~with the defendant.~~

Race _Black_    Age _69_    Height _6'7 1/2"_    Weight _180_ lbs

The Carter Corporation, Inc.

Subscribed and sworn to before me this _6th_ day of _May_, 20 _15_.

_Adrienne J. Marsh_
~~Notary Public~~ / Deputy Clerk

My commission expires: _____

Attorney: _____

Superior Court for the District of Columbia
RECEIVED
Civil Division
Clerk's Office

) MAY 0 8 2015
Superior Court of the
District of Columbia
Washington, D.C.

_Alex Zewuge_

**Plaintiff**

v.

_Welburn Management_
_Consulting Company_

**Defendant**

CA Number _2015- 1565- B_

### Affidavit of Service

I, _Andre M Bear_ having been duly authorized to make service of the

Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents

_____ in the above entitled case, do hereby depose

and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania

Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That

my age is _53_. That at _2:00_ a.m. / (p.m) on the _5_ day of _MAY_, 20 _15_, I served the

within named defendant _Welburn Management Consulting Company_ personally and/or by

leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for

Production of Documents _____ at his/her/its usual place of abode,

employment or place of business or place of acceptance at _/ Corporation Service_

_Company  1015  15th ST NW  suite 1000_

Washington, D.C. / Maryland / Virginia with _COURTNEY CULLEN_, a person _Further_

of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of _A Corporation_

the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided

with the defendant.

Race _WHITE_ _Pink hue_   Age _30's_   Height _5'8"_   Weight _175_ lbs.

The Carter Corporation, Inc.

Subscribed and sworn to before me this _7th_ day of _May_, 20 _15_.

Notary Public / Deputy Clerk

My commission expires: _10/01/2076_

Attorney: _JC_

PETER KALLE WOLE
Notary Public
Montgomery County
Maryland
My Commission Expires Oct 1. 2016


PLAINTIFF'S EXHIBIT 2

## Superior Court for the District of Columbia

### Civil Division

Alex Zewuge                                )
                                           )
              **Plaintiff**                )
                                           )
              **v.**                       )    **CA Number** _1565-2015_
Barrington Amhees                          )
              e+1                          )
              **Defendant**                )    NON-S

#### Affidavit of Service

I, _XD Crefect_, having been duly authorized to make service of the
Summons / Complaint / Initial Order / Interrogatories / Requests for Production of Documents
_____ in the above entitled case, do hereby depose
and state that my business name/address is: The Carter Corporation, Inc., 601 Pennsylvania
Avenue, N.W., Suite 900 South, Washington, D.C., 20004. That I am not a party to this suit. That
my age is _70_. That at _N/A_ a.m. / p.m. on the _N/A_ day of _May_ 20 _15_, 1st Non-S. served the
within named defendant _Barrington Amhec_ _____ personally and/or by
leaving a copy of the Summons / Complaint / Initial Order / Interrogatories / Requests for
Production of Documents _____ at his/her/its usual place of abode,
employment or place of business or place of acceptance at _1515_ _Conn Ave_
NW _Wool @c_ _____
Washington, D.C. / Maryland / Virginia with _____, a person
of suitable age and discretion then residing therein as directed by the D.C. Superior Court Rule 4 of
the Code of Civil Procedures. Person served stated and/or inferred by silence that he/she resided
with the defendant. _Locate Report Given An Address at_ _10_
_Street, Leesburg, Vn. No Country To Date with it._

Race_____ Age_____ Height_____ Weight_____ lbs.

Subscribed and sworn to before me this _12th_ day of _May_ 20 _15_

                                          The Carter Corporation, Inc.

                                          _Nia T. Morson_
                                          Notary Public / Deputy Clerk

NIA T. MORSON
Notary Public, District of Columbia
My Commission Expires Nov. 30, 2016

My commission expires: _____

Attorney: _____

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

**ALEX ZEWUGE**                                   :
                                                  :
    **Plaintiff,**                        :
                                                  :
    **v.**                               : **Case No.: 2015 CA 001565**
                                                  : **Judge: John M. Mott**
**THE DISTRICT OF COLUMBIA, <u>et al</u>.**       : **Next Event: 05/22/2015**
                                                  : **Initial Scheduling Conf.**
    **Defendants.**                       :
                                                  :

### ORDER

Upon consideration of the Plaintiffs Joshua Bernstock and Limor Bernstock Motion to Extend Time for Service, it is this _____ day of _____, 2015; hereby,

**ORDERED,** that the Motion to Extend Time for Service on Defendant Barrington Ambers is hereby **GRANTED** <u>nunc pro tunc</u>, and it is further hereby

**ORDERED,** that Plaintiff be provided an additional thirty (30) days from the date of this Order to complete service on Defendant Barrington Ambers.



                                            _____
                                            Judge, Superior Court for
                                            the District of Columbia

**Copies to:**
Joseph Cammarata, Esquire
Chaikin, Sherman, Cammarata & Siegel, P.C.
1232 17th Street, N.W.
Washington, D.C. 20036

Barrington Ambers
10 2nd Street
Leesburg, VA  20175

Craig T. Welburn
7853 Langley Ridge Rd.
McLean, VA  22102

Welburn Management Consulting Company
c/o  Corporation Service Company
1090 Vermont Avenue, N.W.
Washington, DC  20005

District of Columbia
c/o Karl A. Racine, Esq.
Office of the Attorney General
441 4th Street, N.W.
Washington, DC  20001

District of Columbia
c/o Lauren C. Vaughan
Office of the Secretary
1350 Pennsylvania Ave, N.W. Suite 600
Washington, DC  20004

**Filed**
**D.C. Superior Court**
**05/14/2015 16:08PM**
**Clerk of the Court**

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| **ALEX ZEWUGE,** | * | |
| | * | |
| **Plaintiff,** | * | Civil Case No.  2015 CA 001565 B |
| **v.** | * | Calendar II |
| | * | Judge John M. Mott |
| **THE DISTRICT OF COLUMBIA, et** | * | |
| **al.,** | * | |
| | * | |
| **Defendants.** | * | |

### ORDER

Upon consideration of plaintiff's Motion to Extend Time for Service, good cause

having been shown in accordance with Rule 4(m), it is this **14th** day of **May, 2015**,

hereby

**ORDERED** that plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's time to serve defendant Barrington Ambers is

extended through June 18, 2015; and it is further

**ORDERED** that the May 22, 2015 Initial Scheduling Conference is rescheduled

to June 26, 2015, at 10:00 a.m. in courtroom 517.

The Honorable John M. Mott
Associate Judge
(Signed in Chambers)

**COPIES TO:**
Counsel of Record
*Via CaseFileXpress*

**Filed**
**D.C. Superior Court**
**05/26/2015 15:54PM**
**Clerk of the Court**

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

ALEX ZEWUGE,                          :
                                      :
        Plaintiff,                 :
                                      :
                                      :     Civil Action No.: 2015 CA 001565 B
                                      :
   v.                              :
                                      :
THE DISTRICT OF COLUMBIA, *et al.*,   :
                                      :
        Defendants.                :

## RULE 55 PRAECIPE TO EXTEND THE TIME FOR FILING INITIAL RESPONSIVE PLEADING BY DEFENDANTS CRAIG T. WELBURN AND WELBURN MANAGEMENT CONSULTING COMPANY

Defendants, Welburn Management Consulting Company and Craig T. Welburn by their undersigned counsel, and pursuant to Superior Court Rule of Civil Procedure 55(a)(2), hereby file this praecipe to extend by twenty (20) days their time for responding to Plaintiff's Complaint. Based on the date of service, the initial responsive pleading of those two Defendants would be due on May 26, 2015. By counsel, Plaintiffs and these Defendants agree that Welburn Management Consulting Company and Craig T. Welburn shall file their respective responsive pleadings on or before June 15, 2015.

Respectfully submitted,                    Respectfully submitted,

/s/                                        /s/
Joseph Cammarata                           Alexander M. Gormley (#1001164)
Chaikin, Sherman, Cammarata &              Carr Maloney P.C.
Siegel, P.C.                               2000 L Street, N.W., Suite 450
The Law Building                           Washington, D.C. 20036
1232 17th Street, N.W.                      (202) 310-5500 (Tel)
Washington, DC 20036                       (202) 310-5555 (Fax)
(202) 659-8400 (Tel)                       amg@carrmaloney.com
(202) 659-8680 (Fax)                       *Counsel for Defendants Welburn*
joe@dc-law.net                             *Management Consulting Company and Craig*
*Counsel for Plaintiff*                      *T. Welburn*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing *Rule 55 Praecipe to Extend Defendants' Time for Filing Initial Responsive Pleading* was electronically filed and served via the CaseFileXpress e-filing/notification system on this 26th day of May, 2015 to the following:

> Joseph Cammarata
> Chaikin, Sherman, Cammarata & Siegel, P.C.
> The Law Building
> 1232 17th Street, N.W.
> joe@dc-law.net
> Washington, DC 20036

> /s/ _____
> Alexander M. Gormley

2

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION, CIVIL ACTIONS BRANCH**
500 Indiana Avenue, N.W., Room 5000
Washington, D.C. 20001
Telephone (202) 879-1133

FILED
CIVIL ACTIONS BRANCH

MAY 2 8 2015

Superior Court
of the District of Columbia
Washington, DC.

Civil Action No. _2015 - 2173 V_

_Corey Gaskins_    vs    _Mark Barry_
**Plaintiff**           **Defendant**
                      _Amended_

## AFFIDAVIT OF SERVICE
### Re: Non-Resident Service DC Code 50-1301.07

I _RD Carter Jr_ , age 18 or older, having a business at The Carter Corporation, Inc., 601 Pennsylvania Avenue, NW, Suite 900 S, Washington, D.C. 20004. That I am not a party and have no interest in this case. On _4/13/15_, 20 _15_ at _6:00_ AM/PM.

1. The Corporation attempted to serve a summons, complaint, initial order, addendum, interrogatories, and request for production of documents on defendant _MARK_ _BARRY 4813 Ridge rd Mt Airy MD_ After an investigation I have determined THAT THE DEFENDANT IS NOT A RESIDENT OF THE DISTRICT OF COLUMBIA.

   ☐ I served a copy at_____

   ☑ By leaving said copy of summons, complaint, initial order, addendum, interrogatories, and request for production of documents on the Director, D.C. Motor Vehicles, 95 M Street, SW, Washington, D.C.

   ☑ Person served is authorized to accept service for the director _Tonya Miller_ _Staff Assistant_. Service was affected at _12:30_ AM/PM on _5/7/15_, 20 _15_.

2. Process was served as indicated above and in compliance with SCR CIV 4, including a physical description (approximate age, height, weight) of any person on whom service was made:

   Race: _B_   Sex: _F_   Weight: _145_   Age: _40_   Height: _5'2"_
   Other _Served by A. Brars_

   _The Carter Corporation_

   Subscribed and sworn to before me this _26th_ day of _May_, 20 _15_

   _Notary Public/Deputy Clerk_

   My commission expires:_____

   Attorney _J/S_

   $2.00 Fee Submitted